UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Angela Marie Herring,

    Plaintiff,

        v.

Debra Smith,

    Defendant.

Civil Action No. 13-0068 (JDB)

## MEMORANDUM

Defendant removed this action from the Superior Court of the District of Columbia and now moves to dismiss the complaint under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. By Order of January 23, 2013, plaintiff was advised to respond to defendant's motion by February 19, 2013, and was warned that her failure to respond might result in dismissal of the case on what the Court would treat as a conceded motion. Plaintiff has not filed a response to the motion or sought additional time to respond. Hence, the Court will grant defendant's motion as conceded and will dismiss this case for the reasons defendant has advanced in her supporting memorandum. *See generally* Mem. of P. & A. in Support of Def.'s Mot. to Dismiss [Dkt. # 3-1]. A separate Order accompanies this Memorandum.

                  _____/s/_____
                  JOHN D. BATES

DATE: March 12, 2013        United States District Judge